Closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Francis Depaola© Holder N. Due Course,<br><br>　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>ALL AMERICAN FORCLOSER SERVICE & SHERYLE MACHADA,<br><br>PETER LINK, TRUSTEE OF THE LINK 1994 TRUST, SEPT 20TH 1994,<br><br>J.P.MORGAN CHASE BANK, N.A./MARIANNE LAKE,<br><br>　　　　　Defendants. | CASE NO: 2:22-cv-00142-JFW-MRWx<br><br>**JUDGMENT IN CIVIL CASE** |

///

///

///

///

1
JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Order Granting Defendant J.P. Morgan Chase Bank, N.A./Marianne Lake's Motion to Dismiss the Complaint Without Leave to Amend (Docket No. 32), and dismissing the action of plaintiff Michael Francis Depaola ("Plaintiff") with prejudice, the Court hereby enters judgment in favor of defendant JPMorgan Chase Bank, N.A., erroneously sued as "J.P.Morgan Chase Bank, N.A./Marianne Lake" and against Plaintiff.

IT IS SO ORDERED.

DATED: February 15, 2022

_____
Hon. John F. Walter
United States District Judge